UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:25-cr-160-MMH-PDB
 18 U.S.C. § 1513(b)(2)
 18 U.S.C. § 875(c)

JESSE LEE MCKENZIE

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Retaliation Against a Witness or Informant)

On or about July 24, 2025, in the Middle District of Florida, the defendant,

JESSE LEE MCKENZIE,

knowingly threatened to engage in conduct causing bodily injury to Witness-1, with the intent to retaliate against Witness-1 for information given by Witness-1 to a law enforcement officer relating to the commission of a federal offense, specifically the distribution of methamphetamine in violation of 21 U.S.C. § 841(a)(1).

In violation of 18 U.S.C. § 1513(b)(2).

## COUNT TWO
### (Transmission of Threat to Injure)

On or about July 24, 2025, in the Middle District of Florida, the defendant,

JESSE LEE MCKENZIE,

did knowingly transmit in interstate commerce and foreign commerce a

communication containing a threat to injure the person of another, including that he would reconstruct the person's face if he ever crossed paths with the person while seeking information about the person's whereabouts, with the intent to communicate a true threat and with recklessness as to whether the communication would be viewed as a true threat.

In violation of 18 U.S.C. § 875(c).

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. §§ 875(c) or 1513(b)(2), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,



Foreperson

GREGORY W. KEHOE,
United States Attorney

By: _____
KELLI A. SWANEY
Assistant United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
7/29/25 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## JESSE LEE MCKENZIE

## INDICTMENT

Violations: Ct. 1: 18 U.S.C § 1513(b)(2)
Ct. 2: 18 U.S.C. § 875(c)

A true bill,

███████████████████

Foreperson

Filed in open court this 30th day of July 2025.

_____
Clerk

Bail $_____

GPO 863 525